*Fee Paid*

Charles W. Woodhead
c/o 25 Nunes Road
Watsonville, California 95076

**FILED**
AUG -6 A 11: 20
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 08-80152 MISC. JW

RS

| | |
|---|---|
| Charles W. Woodhead, secured party, creditor | ) )  )  COMMERCIAL NOTICE WITHIN THE )  ADMIRALTY OF THE FILING OF A )  FOREIGN JUDGMENT )  ) |

For and on the record:

The Court and the Public takes judicial notice of the filing of an Administrative Foreign Judgment File #: CWW2008 established under Notarial Protest. This Administrative Judgment is foreign to judicial and all issues have been settled by Judgment by Estoppel and pursuant to Title 28 Section 1963 which states:

**Section 1963. Registration of judgments for enforcement in other districts**

> A judgment in an action for the recovery of money or property entered in any court of appeals, district court, bankruptcy court, or in the Court of International Trade may be registered by filing a certified copy of the judgment in any other district, or with respect to the Court of International Trade, in any judicial district, when the judgment has become final by appeal or expiration of the time for appeal or when ordered by the court that entered the judgment for good cause shown. Such a judgment entered in favor of the United States may be so registered any time after judgment is entered. A judgment so registered shall have the same effect as a judgment of the district court of the district where registered and may be enforced in like manner.
> *A certified copy of the satisfaction of any judgment* in whole or in part may be registered in like manner in any district in which *the judgment is a lien*.
> <u>The procedure prescribed under this section is in "addition" to other procedures provided by law for the enforcement of judgments</u>.

This filing is "On Demand" and failure to do so constitutes denial of due process.

Respectfully Submitted

by: *Charles W. Woodhead* /agent UCC 3-402(b)(1)
Charles W. Woodhead, Holder in due course, the real party in interest

Evidence in this File includes:

    Notarial Protest
    Secretary of State Certification
    U.C.C. 1 Financing Statement

# CERTIFICATE OF MAILING

I certify that a true and correct copy of the afore Notice is served by FedEx Priority Overnight courier upon the following named parties this ___6th___ day ___8th___ month, 2008.

KEVIN SO, Plaintiff
D. MICHELLE DOUGLAS, ESQ.
HAIG KALBIAN, ESQ.
AARON KNIGHTS, ESQ.
KALBIAN HAGERTY, L.L.P.
888 17th STREET, N.W., STE. 1000,
WASHINGTON, D.C. 20006, et. al.

KEVIN J. MOORE, ESQ.
CAMERON H. TOTTEN, ESQ.
MOORE & ASSOCIATES, PLC
301 E. COLORADO BLVD., SUITE 600
PASADENA, CALIFORNIA 91101

LAND BASE, L.L.C.
1431 OCEAN AVENUE, STE. 1210
SANTA MONICA, CALIFORNIA 90401

BORIS LOPATIN, d/b/a BORIS LOPATIN ASSOCIATES
1431 OCEAN AVENUE, STE. 1210
SANTA MONICA, CALIFORNIA 90401

UNIVEST FINANCIAL SERVICES, INC.
1504 EUREKA, STE. 390
ROSEVILLE, CALIFORNIA 95661

by: _____ agent UCC 3-402(b)(1)

**NOTARIAL PROTEST AND ADMINISTRATIVE JUDGMENT BY ESTOPPEL Submitted By Charles W. Woodhead,
Creditor Secured Party
File #: CWW2008**



Charles W. Woodhead, Creditor Secured Party
Santa Cruz county
The State of California
United States of America

# PETITION FOR AGREEMENT AND HARMONY IN THE NATURE OF A NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY ADMINISTRATIVE REMEDY AND COMMERCIAL ACCOUNTING AND TRUE BILL
## 28 U.S.C. § 1333

File # CWW2008

Date: July 30, 2008

Libelant:  Charles W. Woodhead, Creditor Secured Party
c/o Marc Giusto, Notary
8048 E. Orchard Road
Acampo [95220] California

Libelees:  Kevin So d/b/a KEVIN SO et. al.
c/o D. MICHELLE DOUGLAS, ESQ.
KALBIAN HAGERTY, L.L.P.
888 17th STREET, N.W., STE. 1000,
WASHINGTON, D.C. 20006      Registered Mail #: RA 518 378 627 US

D. Michelle Douglas d/b/a D. MICHELLE DOUGLAS, ESQ.
KALBIAN HAGERTY, L.L.P. et. al.
888 17th STREET, N.W., STE. 1000,
WASHINGTON, D.C. 20006      Registered Mail #: RA 518 378 635 US

KALBIAN HAGERTY, L.L.P. et. al.
888 17th STREET, N.W., STE. 1000,
WASHINGTON, D.C. 20006      Registered Mail #: RA 518 378 644 US

Sherri R. Carter d/b/a SHERRI R. CARTER
CLERK OF COURT
Margaret M. Morrow d/b/a MARGARET M. MORROW
UNITED STATES DISTRICT COURT JUDGE
Alicia G. Rosenberg d/b/a ALICIA G. ROSENBERG
UNITED STATES DISTRICT MAGISTRATE JUDGE
UNITED STATES DISTRICT COURTHOUSE
CENTRAL DISTRICT OF CALIFORNIA et. al.
c/o G-8 UNITED STATES DISTRICT COURTHOUSE
312 NORTH SPRING STREET
LOS ANGELES, CA 90012-4701      Registered Mail #: RA 518 378 689 US

Jointly and Severally

**NOTARIAL PROTEST AND ADMINISTRATIVE JUDGMENT BY ESTOPPEL** Submitted By Charles W. Woodhead,
Creditor Secured Party
File #: CWW2008

# NOTARIAL PROTEST AND ADMINISTRATIVE JUDGMENT BY ESTOPPEL

Libelees' failure to ANSWER to the **PETITION FOR AGREEMENT AND HARMONY IN THE NATURE OF A NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY ADMINISTRATIVE REMEDY AND COMMERCIAL ACCOUNTING AND TRUE BILL** has placed Libelees in default as witnessed by the Notary in the sequence of the following events:

#1. The Libelant served a **PETITION FOR AGREEMENT AND HARMONY IN THE NATURE OF A NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY ADMINISTRATIVE REMEDY AND COMMERCIAL ACCOUNTING AND TRUE BILL** upon Libelees via United States Postal Service Registered Mail as follows:

Kevin So d/b/a KEVIN SO et. al.
c/o D. MICHELLE DOUGLAS, ESQ.
KALBIAN HAGERTY, L.L.P.
888 17th STREET, N.W., STE. 1000,
WASHINGTON, D.C. 20006          **Registered Mail #: RR 239 374 018 US**
SERVED JULY 03, 2008

D. Michelle Douglas d/b/a D. MICHELLE DOUGLAS, ESQ.
KALBIAN HAGERTY, L.L.P. et. al.
888 17th STREET, N.W., STE. 1000,
WASHINGTON, D.C. 20006          **Registered Mail #: RR 239 374 021 US**
SERVED JULY 03, 2008

KALBIAN HAGERTY, L.L.P. et. al.
888 17th STREET, N.W., STE. 1000,
WASHINGTON, D.C. 20006          **Registered Mail #: RR 239 374 035 US**
SERVED JULY 03, 2008

Sherri R. Carter d/b/a SHERRI R. CARTER
CLERK OF COURT
Margaret M. Morrow d/b/a MARGARET M. MORROW
UNITED STATES DISTRICT COURT JUDGE
Alicia G. Rosenberg d/b/a ALICIA G. ROSENBERG
UNITED STATES DISTRICT MAGISTRATE JUDGE
UNITED STATES DISTRICT COURTHOUSE
CENTRAL DISTRICT OF CALIFORNIA et. al.
c/o UNITED STATES DISTRICT COURTHOUSE
3470 Twelfth Street
Riverside, California 92501     **Registered Mail #: RR 239 374 070 US**
SERVED JUNE 30, 2008

allowing ten (10) days to ANSWER. Notary certifies no timely ANSWERS by legal definition exist served by the Libelees on the Libelant.

**NOTARIAL PROTEST AND ADMINISTRATIVE JUDGMENT BY ESTOPPEL** Submitted By Charles W. Woodhead,
Creditor Secured Party
File #: CWW2008

#2. The Libelant served a **NOTICE OF FAULT – OPPORTUNITY TO CURE** upon Libelees via United States Postal Service Registered Mail as follows:

    Kevin So d/b/a KEVIN SO et. al.
    c/o D. MICHELLE DOUGLAS, ESQ.
    KALBIAN HAGERTY, L.L.P.
    888 17th STREET, N.W., STE. 1000,
    WASHINGTON, D.C. 20006    Registered Mail #: RR 239 374 083 US
    SERVED JULY 08, 2008

    D. Michelle Douglas d/b/a D. MICHELLE DOUGLAS, ESQ.
    KALBIAN HAGERTY, L.L.P. et. al.
    888 17th STREET, N.W., STE. 1000,
    WASHINGTON, D.C. 20006    Registered Mail #: RR 239 374 097 US
    SERVED JULY 08, 2008

    KALBIAN HAGERTY, L.L.P. et. al.
    888 17th STREET, N.W., STE. 1000,
    WASHINGTON, D.C. 20006    Registered Mail #: RR 239 374 106 US
    SERVED JULY 08, 2008

    Sherri R. Carter d/b/a SHERRI R. CARTER
    CLERK OF COURT
    Margaret M. Morrow d/b/a MARGARET M. MORROW
    UNITED STATES DISTRICT COURT JUDGE
    Alicia G. Rosenberg d/b/a ALICIA G. ROSENBERG
    UNITED STATES DISTRICT MAGISTRATE JUDGE
    UNITED STATES DISTRICT COURTHOUSE
    CENTRAL DISTRICT OF CALIFORNIA et. al.
    c/o UNITED STATES DISTRICT COURTHOUSE
    3470 Twelfth Street
    Riverside, California 92501    Registered Mail #: RA 518 378 335 US
    SERVED JULY 08, 2008

Libelant granted three (3) days opportunity to cure. Notary certifies no timely ANSWERS by legal definition exist served by the Libelees on the Libelant.

#3. The Libelant served a **NOTICE OF DEFAULT** upon Libelees via United States Postal Service Registered Mail as follows:

    Kevin So d/b/a KEVIN SO et. al.
    c/o D. MICHELLE DOUGLAS, ESQ.
    KALBIAN HAGERTY, L.L.P.
    888 17th STREET, N.W., STE. 1000,
    WASHINGTON, D.C. 20006    Registered Mail #: RA 518 378 349 US
    SERVED JULY 08, 2008

NOTARIAL PROTEST AND ADMINISTRATIVE JUDGMENT BY ESTOPPEL Submitted By Charles W. Woodhead,
Creditor Secured Party
File #: CWW2008

    D. Michelle Douglas d/b/a D. MICHELLE DOUGLAS, ESQ.
    KALBIAN HAGERTY, L.L.P. et. al.
    888 17th STREET, N.W., STE. 1000,
    WASHINGTON, D.C. 20006    Registered Mail #: RA 518 378 352 US
    SERVED JULY 08, 2008

    KALBIAN HAGERTY, L.L.P. et. al.
    888 17th STREET, N.W., STE. 1000,
    WASHINGTON, D.C. 20006    Registered Mail #: RA 518 378 366 US
    SERVED JULY 08, 2008

    Sherri R. Carter d/b/a SHERRI R. CARTER
    CLERK OF COURT
    Margaret M. Morrow d/b/a MARGARET M. MORROW
    UNITED STATES DISTRICT COURT JUDGE
    Alicia G. Rosenberg d/b/a ALICIA G. ROSENBERG
    UNITED STATES DISTRICT MAGISTRATE JUDGE
    UNITED STATES DISTRICT COURTHOUSE
    CENTRAL DISTRICT OF CALIFORNIA et. al.
    c/o UNITED STATES DISTRICT COURTHOUSE
    3470 Twelfth Street
    Riverside, California 92501    Registered Mail #: RA 518 378 406 US
    SERVED JULY 08, 2008

Notary certifies no timely ANSWERS by legal definition exist served by the Libelees on the Libelant.

#4. The Libelant served a **FIRST NOTICE OF DEMAND AND SETTLEMENT AND CLOSING OF THE ESCROW** upon Libelees via United States Postal Service Registered Mail as follows:

    Kevin So d/b/a KEVIN SO et. al.
    c/o D. MICHELLE DOUGLAS, ESQ.
    KALBIAN HAGERTY, L.L.P.
    888 17th STREET, N.W., STE. 1000,
    WASHINGTON, D.C. 20006    Registered Mail #: RA 518 378 410 US
    SERVED JULY 08, 2008

    D. Michelle Douglas d/b/a D. MICHELLE DOUGLAS, ESQ.
    KALBIAN HAGERTY, L.L.P. et. al.
    888 17th STREET, N.W., STE. 1000,
    WASHINGTON, D.C. 20006    Registered Mail #: RA 518 378 423 US
    SERVED JULY 08, 2008

    KALBIAN HAGERTY, L.L.P. et. al.
    888 17th STREET, N.W., STE. 1000,
    WASHINGTON, D.C. 20006    Registered Mail #: RA 518 378 437 US
    SERVED JULY 08, 2008

**NOTARIAL PROTEST AND ADMINISTRATIVE JUDGMENT BY ESTOPPEL** Submitted By Charles W. Woodhead,
Creditor Secured Party
File #: CWW2008

Sherri R. Carter d/b/a SHERRI R. CARTER
CLERK OF COURT
Margaret M. Morrow d/b/a MARGARET M. MORROW
UNITED STATES DISTRICT COURT JUDGE
Alicia G. Rosenberg d/b/a ALICIA G. ROSENBERG
UNITED STATES DISTRICT MAGISTRATE JUDGE
UNITED STATES DISTRICT COURTHOUSE
CENTRAL DISTRICT OF CALIFORNIA et. al.
c/o UNITED STATES DISTRICT COURTHOUSE
3470 Twelfth Street
Riverside, California 92501            Registered Mail #: RA 518 378 471 US
SERVED JULY 08, 2008

Notary certifies no timely ANSWERS or payment by legal definition exist served or presented by the Libelees on the Libelant.

#5. The Libelant served a **SECOND NOTICE OF DEMAND AND SETTLEMENT AND CLOSING OF THE ESCROW** upon Libelees via United States Postal Service Registered Mail as follows:

Kevin So d/b/a KEVIN SO et. al.
c/o D. MICHELLE DOUGLAS, ESQ.
KALBIAN HAGERTY, L.L.P.
888 17th STREET, N.W., STE. 1000,
WASHINGTON, D.C. 20006            Registered Mail #: RA 518 378 485 US
SERVED JULY 14, 2008

D. Michelle Douglas d/b/a D. MICHELLE DOUGLAS, ESQ.
KALBIAN HAGERTY, L.L.P. et. al.
888 17th STREET, N.W., STE. 1000,
WASHINGTON, D.C. 20006            Registered Mail #: RA 518 378 499 US
SERVED JULY 14, 2008

KALBIAN HAGERTY, L.L.P. et. al.
888 17th STREET, N.W., STE. 1000,
WASHINGTON, D.C. 20006            Registered Mail #: RA 518 378 508 US
SERVED JULY 14, 2008

Sherri R. Carter d/b/a SHERRI R. CARTER
CLERK OF COURT
Margaret M. Morrow d/b/a MARGARET M. MORROW
UNITED STATES DISTRICT COURT JUDGE
Alicia G. Rosenberg d/b/a ALICIA G. ROSENBERG
UNITED STATES DISTRICT MAGISTRATE JUDGE
UNITED STATES DISTRICT COURTHOUSE
CENTRAL DISTRICT OF CALIFORNIA et. al.
c/o UNITED STATES DISTRICT COURTHOUSE
3470 Twelfth Street
Riverside, California 92501            Registered Mail #: RA 518 378 542 US
SERVED JULY 14, 2008

**NOTARIAL PROTEST AND ADMINISTRATIVE JUDGMENT BY ESTOPPEL** Submitted By Charles W. Woodhead,
Creditor Secured Party
File #: CWW2008

Notary certifies no timely ANSWERS or payment by legal definition exist served or presented by the Libelees on the Libelant.

#6. The Libelant served a **CONTRACTUAL AND FINAL NOTICE OF DEMAND AND SETTLEMENT AND CLOSING OF THE ESCROW** upon Libelees via United States Postal Service Registered Mail as follows:

Kevin So d/b/a KEVIN SO et. al.
c/o D. MICHELLE DOUGLAS, ESQ.
KALBIAN HAGERTY, L.L.P.
888 17th STREET, N.W., STE. 1000,
WASHINGTON, D.C. 20006
SERVED JULY 14, 2008
**Registered Mail #: RA 518 378 556 US**

D. Michelle Douglas d/b/a D. MICHELLE DOUGLAS, ESQ.
KALBIAN HAGERTY, L.L.P. et. al.
888 17th STREET, N.W., STE. 1000,
WASHINGTON, D.C. 20006
SERVED JULY 14, 2008
**Registered Mail #: RA 518 378 560 US**

KALBIAN HAGERTY, L.L.P. et. al.
888 17th STREET, N.W., STE. 1000,
WASHINGTON, D.C. 20006
SERVED JULY 14, 2008
**Registered Mail #: RA 518 378 573 US**

Sherri R. Carter d/b/a SHERRI R. CARTER
CLERK OF COURT
Margaret M. Morrow d/b/a MARGARET M. MORROW
UNITED STATES DISTRICT COURT JUDGE
Alicia G. Rosenberg d/b/a ALICIA G. ROSENBERG
UNITED STATES DISTRICT MAGISTRATE JUDGE
UNITED STATES DISTRICT COURTHOUSE
CENTRAL DISTRICT OF CALIFORNIA et. al.
c/o UNITED STATES DISTRICT COURTHOUSE
3470 Twelfth Street
Riverside, California 92501
SERVED JULY 14, 2008
**Registered Mail #: RA 518 378 613 US**

Notary certifies no timely ANSWERS or payment by legal definition exist served or presented by the Libelees on the Libelant.

### STATEMENT OF NOTARY

This NOTARIAL PROTEST is non-negotiable and NOTICE OF ADMINISTRATIVE JUDGMENT BY ESTOPPEL to which the Libelees have admitted the statements, claims, and ANSWERS to the inquires are by TACIT PROCURATION. This ADMINISTRATIVE JUDGMENT BY ESTOPPEL is STARE DECISIS, RES JUDICATA, COLLATERAL ESTOPPEL and PROMISSORY ESTOPPEL.

NOTARIAL PROTEST AND ADMINISTRATIVE JUDGMENT BY ESTOPPEL Submitted By Charles W. Woodhead,
Creditor Secured Party
File #: CWW2008

The Libelant appeared before me sworn, subscribed and under oath and to the effect that he or this Notary have not received a timely response, ANSWER by legal definition, and settlement from the Libelees.

Charles W. Woodhead is the holder in due course of this consensual agreement/contract.

The commercial matter contained therein and the debt will be recorded on a U.C.C. 1 Financing Statement and entered in to the United States District Court as a Foreign Judgment of which this NOTARIAL PROTEST is valid as Judgment.

## COMMERCIAL OATH AND VERIFICATION

The State of California    )
                           )    Commercial Oath and Verification
San Joaquin County         )

I, Marc Francis Giusto, Notary, under my unlimited liability and Commercial Oath proceeding in good faith being of sound mind so state that the facts contained herein are true, correct, complete, certain and not misleading to the best of my knowledge and belief under penalty of International Commercial Law.

MARC FRANCIS GIUSTO, NOTARY

[Notary seal: MARC FRANCIS GIUSTO, COMM. #1516123, NOTARY PUBLIC - CALIFORNIA, SAN JOAQUIN COUNTY, My Commission Expires Sept. 28, 2008]

The State of California    )
                           )    Commercial Oath and Verification
San Joaquin County         )

The above named Notary appeared before me a Notary, Subscribed and Sworn and under Oath this __30th__ day of __July__, 2008.

_Lisa Loduca_
Notary

[Notary seal: LISA LODUCA, COMM. # 1569735, NOTARY PUBLIC-CALIFORNIA, SAN JOAQUIN COUNTY, COMM. EXP. APRIL 16, 2009]



# State of California

## SECRETARY OF STATE

I, DEBRA BOWEN, Secretary of State of the State of California, hereby certify:

That, Debra Bowen whose name appears on the annexed certificate, was on August 04, 2008, the duly qualified and acting Secretary of State of the State of California.

That the seal affixed thereto is the seal of said State; that the signature thereon appears to be the signature of Debra Bowen and that the annexed certificate is in due form and by proper officer.

In Witness Whereof, I execute this certificate and affix the Great Seal of the State of California this 4th day of August 2008.



*Debra Bowen*
Secretary of State

BY *Lopez*

NP-24 (REV. 1-07)                                                                                     OSP 07 104059

# State of California

## Secretary of State

I, **Debra Bowen**, Secretary of State of the State of California, hereby certify:

That the attached transcript of 6 page(s) was prepared by and in this office from the record on file, of which it purports to be a copy, and that it is full, true and correct.



**IN WITNESS WHEREOF**, I execute this certificate and affix the Great Seal of the State of California this day of

August 04, 2008

*Debra Bowen*

Secretary of State

FILE #    087167435980

Document Number: 17916500003

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
CHARLES WOODHEAD
831-684-2480

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**
CHARLES W. WOODHEAD
25 NUNES ROAD
WATSONVILLE, CA 95076
USA

DOCUMENT NUMBER: 17904100002
FILING NUMBER: 08-7167435980
FILING DATE: 08/01/2008 15:37
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

- 1a. ORGANIZATION'S NAME:
- 1b. INDIVIDUAL'S LAST NAME: SO
- FIRST NAME: KEVIN
- MIDDLE NAME:
- SUFFIX:
- 1c. MAILING ADDRESS: C/O 888 17th STREET, N.W., STE. 1000
- CITY: WASHINGTON
- STATE: DC
- POSTAL CODE: 20006
- COUNTRY: USA
- 1d. SEE INSTRUCTIONS    ADD'L DEBTOR INFO
- 1e. TYPE OF ORGANIZATION:
- 1f. JURISDICTION OF ORGANIZATION:
- 1g. ORGANIZATIONAL ID#, if any: NONE

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

- 2a. ORGANIZATION'S NAME:
- 2b. INDIVIDUAL'S LAST NAME: DOUGLAS
- FIRST NAME: D.
- MIDDLE NAME: MICHELLE
- SUFFIX:
- 2c. MAILING ADDRESS: C/O 888 17th STREET, N.W., STE. 1000
- CITY: WASHINGTON
- STATE: DC
- POSTAL CODE: 20006
- COUNTRY: USA
- 2d. SEE INSTRUCTIONS    ADD'L DEBTOR INFO
- 2e. TYPE OF ORGANIZATION:
- 2f. JURISDICTION OF ORGANIZATION:
- 2g. ORGANIZATIONAL ID#, if any: NONE

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

- 3a. ORGANIZATION'S NAME:
- 3b. INDIVIDUAL'S LAST NAME: WOODHEAD
- FIRST NAME: CHARLES
- MIDDLE NAME: W.
- SUFFIX:
- 3c. MAILING ADDRESS: 25 NUNES ROAD
- CITY: WATSONVILLE
- STATE: CA
- POSTAL CODE: 95076
- COUNTRY: USA

**4. This FINANCING STATEMENT covers the following collateral:**

The Debtors have consented to this filing in the International Commercial Claim Within The Admiralty Remedy Judgment By Estoppel Agreement/Contract File #CWW2008, Registered Mail # RR 239 374 018 US, RR 239 374 021 US, RA 518 378 644 US, RR 239 374 035 US, RR 239 374 070 US mailed on mailed on June 24, 2008 in the Accounting and True Bill amount of $8,697,747,578,976,000,000,000.00.

All personal and real property; bank accounts, foreign and domestic; private exemptions; government risk management accounts; insurance policies; stocks; bonds; asset accounts; investments and future earnings of the Debtors is now the property of the Secured Party.

**5. ALT DESIGNATION:** [ ] LESSEE/LESSOR [ ] CONSIGNEE/CONSIGNOR [ ] BAILEE/BAILOR [ ] SELLER/BUYER [ ] AG. LIEN [ ] NON-UCC FILING

**6.** This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Attach Addendum [if applicable]

**7.** Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] [ ] All Debtors [ ] Debtor 1 [ ] Debtor 2

**8. OPTIONAL FILER REFERENCE DATA**
CWW2008

FILING OFFICE COPY

# UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

| 9a. ORGANIZATION'S NAME | | |
|---|---|---|
| OR 9b. INDIVIDUAL'S LAST NAME: SO | FIRST NAME: KEVIN | MIDDLE NAME, SUFFIX |

**10. MISCELLANEOUS:**

DOCUMENT NUMBER: 17904100002
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names**

| 11a. ORGANIZATION'S NAME: KALBIAN HAGERTY, L.L.P. | | | | |
|---|---|---|---|---|
| OR 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| 11c. MAILING ADDRESS: 888 17th STREET, N.W., STE. 1000 | CITY: WASHINGTON | STATE: DC | POSTAL CODE: 20006 | COUNTRY: USA |
| 11d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 11e. TYPE OF ORGANIZATION: LIMITED LIABILITY PARTNERSHIP | 11f. JURISDICTION OF ORGANIZATION: UNKNOWN | 11g. ORGANIZATIONAL ID#, if any: UNKNOWN W-9 SENT ☐ NONE |

**12. ☐ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S NAME - insert only one name (12a or 12b)**

| 12a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**13.** This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

**14.** Description of real estate:

**15.** Name and address of RECORD OWNER of above-described real estate (If Debtor does not have a record interest):

**16.** Additional collateral description:

**17.** Check only if applicable and check only one box.
Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

**18.** Check only if applicable and check only one box.
☐ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction - effective 30 years
☐ Filed in connection with a Public-Finance Transaction - effective 30 years

FILING OFFICE COPY

# UCC FINANCING STATEMENT ADDITIONAL PARTY
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**19. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

- 19a. ORGANIZATION'S NAME:
- OR 19b. INDIVIDUAL'S LAST NAME: SO
  - FIRST NAME: KEVIN
  - MIDDLE NAME, SUFFIX:

**20. MISCELLANEOUS:**

DOCUMENT NUMBER: 17904100002
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**21. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (21a or 21b) - do not abbreviate or combine names

- 21a. ORGANIZATION'S NAME:
- OR 21b. INDIVIDUAL'S LAST NAME: CARTER
  - FIRST NAME: SHERRI
  - MIDDLE NAME: R.
  - SUFFIX:
- 21c. MAILING ADDRESS: C/O G-8 UNITED STATES DISTRICT COURTHOUSE, 312 NORTH SPRING STREET
  - CITY: LOS ANGELES
  - STATE: CA
  - POSTAL CODE: 90012
  - COUNTRY: USA
- 21d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 21e. TYPE OF ORGANIZATION | 21f. JURISDICTION OF ORGANIZATION | 21g. ORGANIZATIONAL ID#, if any ☐ NONE

**22. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (22a or 22b) - do not abbreviate or combine names

- 22a. ORGANIZATION'S NAME:
- OR 22b. INDIVIDUAL'S LAST NAME: MORROW
  - FIRST NAME: MARGARET
  - MIDDLE NAME: M.
  - SUFFIX:
- 22c. MAILING ADDRESS: C/O G-8 UNITED STATES DISTRICT COURTHOUSE 312 NORTH SPRING STREET
  - CITY: LOS ANGELES
  - STATE: CA
  - POSTAL CODE: 90012
  - COUNTRY: USA
- 22d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 22e. TYPE OF ORGANIZATION | 22f. JURISDICTION OF ORGANIZATION | 22g. ORGANIZATIONAL ID#, if any ☐ NONE

**23. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (23a or 23b) - do not abbreviate or combine names

- 23a. ORGANIZATION'S NAME:
- OR 23b. INDIVIDUAL'S LAST NAME: ROSENBERG
  - FIRST NAME: ALICIA
  - MIDDLE NAME: G.
  - SUFFIX:
- 23c. MAILING ADDRESS: C/O G-8 UNITED STATES DISTRICT COURTHOUSE, 312 NORTH SPRING STREET
  - CITY: LOS ANGELES
  - STATE: CA
  - POSTAL CODE: 90012
  - COUNTRY: USA
- 23d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 23e. TYPE OF ORGANIZATION | 23f. JURISDICTION OF ORGANIZATION | 23g. ORGANIZATIONAL ID#, if any ☐ NONE

**24. ☐ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S NAME** - insert only one name (24a or 24b)

- 24a. ORGANIZATION'S NAME:
- OR 24b. INDIVIDUAL'S LAST NAME:
  - FIRST NAME:
  - MIDDLE NAME:
  - SUFFIX:
- 24c. MAILING ADDRESS:
  - CITY:
  - STATE:
  - POSTAL CODE:
  - COUNTRY:

**25. ☐ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S NAME** - insert only one name (25a or 25b)

- 25a. ORGANIZATION'S NAME:
- OR 25b. INDIVIDUAL'S LAST NAME:
  - FIRST NAME:
  - MIDDLE NAME:
  - SUFFIX:
- 25c. MAILING ADDRESS:
  - CITY:
  - STATE:
  - POSTAL CODE:
  - COUNTRY:

# UCC FINANCING STATEMENT ADDITIONAL PARTY

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**26. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

| 26a. ORGANIZATION'S NAME | | |
|---|---|---|
| OR 26b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |
| SO | KEVIN | |

**27. MISCELLANEOUS:**

DOCUMENT NUMBER: 17904100002
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**28. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (28a or 28b) - do not abbreviate or combine names**

| 28a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| UNITED STATES DISTRICT COURTHOUSE, CENTRAL DISTRICT OF CALIFORNIA | | | | |
| OR 28b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 28c. MAILING ADDRESS C/O G-8 UNITED STATES DISTRICT COURTHOUSE, 312 NORTH SPRING STREET | CITY LOS ANGELES | STATE CA | POSTAL CODE 90012 | COUNTRY USA |
| 28d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 28e. TYPE OF ORGANIZATION UNITED STATES DISTRICT COURT | 28f. JURISDICTION OF ORGANIZATION CENTRAL DISTRICT OF CALI | 28g. ORGANIZATIONAL ID#, if any UNKNOWN W-9 SENT ☐ NONE |

**29. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (29a or 29b) - do not abbreviate or combine names**

| 29a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 29b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 29c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 29d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 29e. TYPE OF ORGANIZATION | 29f. JURISDICTION OF ORGANIZATION | 29g. ORGANIZATIONAL ID#, if any ☐ NONE |

**30. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (30a or 30b) - do not abbreviate or combine names**

| 30a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 30b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 30c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 30d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 30e. TYPE OF ORGANIZATION | 30f. JURISDICTION OF ORGANIZATION | 30g. ORGANIZATIONAL ID#, if any ☐ NONE |

**31. ☐ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S NAME - insert only one name (31a or 31b)**

| 31a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 31b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 31c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**32. ☐ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S NAME - insert only one name (32a or 32b)**

| 32a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 32b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |