IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Charles Woodhead, | NO. C 08-80152 JW |
|         Plaintiff,<br>  v. | **ORDER DISMISSING ACTION WITH PREJUDICE** |
| Kevin So, et. al., | |
|         Defendants. | |

The Court is in receipt of Plaintiff's pleading entitled "Petition for Agreement and Harmony in the Nature of a Notice of International Commercial Claim Within the Admiralty Administrative Remedy and Commercial Accounting and True Bill."[1]  (See Docket Item No. 1.)  It appears from the documents submitted that Plaintiff is attempting to enforce a judgment against Defendants[2] in the amount of $8,697,747,578,976,000,000.00 pursuant to 28 U.S.C. § 1963.  (Id.)

Under 28 U.S.C. § 1963, a judgment entered in any court of appeals, district court, bankruptcy court, or in the Court of International Trade may be registered in any other district.  To register the judgment, the judgment creditor must file a certified copy of the judgment with the district court.  Id.  Neither Plaintiff's pleadings nor the exhibits submitted in support contain a

---

[1] Plaintiff is *pro se*.

[2] Defendants are Kevin So, Michelle Douglas, Kabian Haberty, LLP, Clerk of Court Sherri Carter, United States District Judge Margaret Morrow, United States Magistrate Judge Alicia Rosenberg, and the United States District Court for the Central District of California.

certified copy of any judgment entered by a court of competent jurisdiction. Accordingly, the Court orders this action DISMISSED.

The Court considers whether to grant Plaintiff leave to amend. A court may dismiss a complaint without granting leave to amend only if it appears with certainty that the plaintiff cannot state a claim and any amendment would be futile. See Fed. R. Civ. P. 15(a) (leave to amend "shall be freely given when justice so requires"); DeSoto v. Yellow Freight Systems, Inc., 957 F.2d 655, 658 (9th Cir. 1992); Schreiber Distrib. Co. v. Serv-Well Furniture Co., 806 F.2d 1393, 1401 (9th Cir. 1986). Here, Plaintiff purports to have had obtained a judgment in excess of $8.6 quintillion against the United States District Court for the Central District of California, his claim is clearly frivolous; any amendment would be futile.

Accordingly, this action is DISMISSED with prejudice. The Clerk shall close this file.

Dated: August 15, 2008

JAMES WARE  
United States District Judge

**United States District Court**  
For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Charles W. Woodhead
c/o 25 Nunes Road
Watsonville, Ca 95076

**Dated: August 15, 2008**                           **Richard W. Wieking, Clerk**

                                                     **By:  /s/ JW Chambers**
                                                         **Elizabeth Garcia**
                                                         **Courtroom Deputy**