## LETTER ROGATORY AND NOTICE

RECEIVED

August 20, 2008      Certified Mail # 7008 1300 0001 3879 6528

2008 AUG 20 PM 2: 12

TO: RICHARD W. WIEKING, CLERK
JAMES WARE, UNITES STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
NORTHERN CALIFORNIA DISTRICT, SAN JOSE DIVISION
280 SO. FIRST STREET, ROOM 2112,
SAN JOSE, CA 95113

RICHARD W. WIEKING
CLERK
U.S. DSTRICT COURT
NO. DIST. OF CA. S.J.

FROM: CHARLES W. WOODHEAD
25 NUNES ROAD
WATSONVILLE, CA 95076

RE: MATERIAL INTERFERENCE OF A PRIVATE AGREEMENT, PERFECTED BY ADMINISTRATIVE DUE PROCESS

YOU AND EACH OF YOU AND YOUR CO-PARTIES WILL ON DEMAND TAKE NOTICE.

On August 6, 2008 a Foreign Judgment was filed with the Clerk of the Court in a Miscellaneous File # 5:08-mc-80152. It represented the perfection of an agreement between the parties as found on the face of the Notarial Protest and Judgment By Estoppel. Included, is a Certified and True UCC-1 Financing Statement.

This filing is public notice and in accordance with 28 USC § 1963 of which the final sentence in the provision states, "the procedure described under this section is in "addition" to other procedures provided by law for the enforcement of judgments".

This is a remedy provided in the UCC Articles as a Self Help Remedy in Law.

The filing included, besides the cover page, the Notarial Protest and Judgment By Estoppel, with an original signature, which is beyond the requirement of a Certified Copy of a Judgment.

The administrative due process commenced pursuant to 5 USC The Administrative Procedures Act and the Uniform Commercial Code and included the Governing Doctrines of Estoppel and Latches. Further conditions of the Agreement were expressly stated TACIT PROCURATION, STARE DECISIS, ESTOPPEL BY ACQUIESCENCE, PROMISSORY ESTOPPEL, COLLATERAL ESTOPPEL and JUDGMENT BY ESTOPPEL, which is not appealable. You cannot trespass the Estoppels.

All correspondence and service is by Registered U.S. Mail witnessed by a Notary who is now the Court Officer Witness.

A Notary is provided the honor as acting as a judge on Administrative Due Process, Negotiable Collectible Assets pursuant to the Notarial Handbook. American

jurisprudence says a Notary has broader discretion than a judge, and in some instances they can arrest people.

Instrument filed is also a Commercial True Bill, which makes the entire due process a commercial instrument.

You and each of you are interlopers and have failed yourselves to do proper due diligence, review, research, or hearing and are guilty of material interference of an agreement which is a violation of the U.S. Constitution, Article I, § X The Impairment of Contracts.

You are in violation of International UCC Banking Law, International Treaties, and the Uniform Commercial Codes, which are Contract Law. You are also in violation of U.S. National Bankruptcy Provisions.

A Contract in any judicial or administrative proceedings is the Law Of The Case, Statute Merchant, Statute Staple, Law Merchant. No one can interfere with a contract lest they become liable. The U.S. Supreme Court and all U.S. Appeals Courts always enforce agreements because they along with treaties are the only law today.

The Order issued by Judge Ware is self-impeaching and a Void Judgment pursuant to F.R.C.P. #60(b)(4) and he and this court are now noticed that they are enjoined as Libelees et al. and the Courth House liable for the full amount of $8,697,747,578,976,000,000 U.S.D., and assessment for conversion and material interference provided and agreed to by the parties is 4 times compensatory and 200 times punitive. After 90 days commercial grace time, without payment the value will compound by the same amount.

Should the records of your Court House continue to reflect the bad faith which equates with fraud pursuant to Am Jur 2nd Volume 37A Section 298 "No immunities will protect a person who acts in bad faith", after this notice further material interference or material breach it shall be reported each and every time as will now a copy of this notice be served to U.S. Supreme Court Justice Stephen G. Breyer for criminal acts of denial of due process, removing evidence from the files pursuant to the Statutes at Large, Chapter 70 "Crimes Against Justice", Conversion, Conspiracy, Malpractice of Office, Judicial Abuse, Incompetence, Ignorance of the Law, Obstruction of Justice, Commercial Credit Sander, Unsound Discretion and other Scienter Acts.

What you have done is malicious and dangerous and you are now being reported to Justice Breyer and he in turn is required to report to the United States Department of Justice or be found in violation of 18 USC § 4 Misprision Of A Felony.

Your Court Order is supporting evidence against you. Should this Foreign Judgment filed in your Court House be challenged by any other forum of law, the Court after reviewing the Agreement will be mandated to find fraud against you and be liable to prosecute you lest they be found violating 18 USC § 4 Misprision Of A Felony.

Treasury Forms 1099-A and 1099-OID will be served to you for the liability you have created with your material interference and will be reported on Treasury Form 1096 and

1040 for tax year 2008 and the UCC-1 Financing Statement will be amended to include each of you as Libelees.

Correct your records before you create any other damages and govern yourself accordingly.

Upon your request, you may have a full copy of the Agreement and subsequent notices and finality.

Respectfully,

*Charles W Woodhead*
CHARLES W. WOODHEAD

cc: Honorable Justice Stephen G. Breyer